**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

In re:  Homelessness, End                             §   Case No. 15-10231-MG
                                                      §
                                                      §
                                                      §
                    Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/30/2015. The undersigned trustee was appointed on 01/30/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       2,028,289.00

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                                    1,613,314.12
    Administrative expenses                                     402,585.19
    Bank service fees                                             6,568.93
    Other payments to creditors                                       0.00
    Non-estate funds paid to 3rd Parties                              0.00
    Exemptions paid to the debtor                                     0.00
    Other payments to the debtor                                      0.00

    Leaving a balance on hand of[1]              $           5,820.76

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/03/2015 and the deadline for filing governmental claims was 07/29/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $83,923.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $83,923.75 as interim compensation and now requests the sum of $0.00, for a total compensation of $83,923.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2018

By: /s/ Deborah J. Piazza
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 15-10231-MG | Trustee Name: | (521800) Deborah J. Piazza |
| --- | --- | --- | --- |
| Case Name: | Homelessness, End | Date Filed (f) or Converted (c): | 01/30/2015 (f) |
| | | § 341(a) Meeting Date: | 03/05/2015 |
| For Period Ending: | 07/10/2018 | Claims Bar Date: | 06/03/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Citibank acct no. 9939535447 | 42,235.00 | 43,361.47 | | 43,361.47 | FA |
| 2 | Rent from Service for the Undeserved - 1136 East | Unknown | 0.00 | | 50,500.00 | FA |
| 3 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 4 | Security Deposit with Landlord (u) | Unknown | 0.00 | | 0.00 | FA |
| 5 | Rent from Service for the Undeserved (u) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Rent from Service for the Undeserved - 1136 East (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Rent from Service for the Undeserved - 1136 East | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Rent from Service for the Undeserved - 1136 East (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1136 Eastern Parkway, Brooklyn, NY 11213 | 1,000,000.00 | 708,240.00 | | 1,048,875.00 | FA |
| 10 | Rent from Service for the Undeserved | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 150-20 Hillside Avenue, Jamaica, NY 11432 | 700,000.00 | 700,000.00 | | 884,221.77 | FA |
| 12 | Past due rental income from Services of the Underserved and Pathway to Housing NY, Inc. & D & O Ins. Premiums Paid for Pathways to Housing NY, Inc. | 418,474.00 | 418,474.00 | | 0.00 | FA |
| 13 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 14* | Internal Revenue Service - Refund Check (u) (See Footnote) | 0.00 | 0.00 | | 1,330.76 | FA |
| 15 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 15 | **Assets Totals (Excluding unknown values)** | **$2,160,709.00** | **$1,870,075.47** | | **$2,028,289.00** | **$0.00** |

RE PROP# 14    As per Order signed on April 16, 2018 [Dkt. No. 71], granting Motion Vacating the Final Decree and Reopening the Chapter 7 case, due to receiving funds owed to the estate in the amount of $5,830.76, which consists of and IRS refund check in the amount of $1,330.76 and a Refund check from Millennium Abstract Co., funds held in escrow from sale of property in the amount of $4.500.

**Major Activities Affecting Case Closing:**

On June 21, 2018 an Amended TFR was filed.

**Initial Projected Date Of Final Report (TFR):**  06/15/2016        **Current Projected Date Of Final Report (TFR):**  06/21/2018 (Actual)

UST Form 101-7-TFR (5/1/2011)

15-10231-mg  Doc 74  Filed 07/11/18  Entered 07/11/18 10:04:44  Main Document
Pg 4 of 20

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
| --- | --- | --- | --- |
| Case Name: | Homelessness, End | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9297 | Account #: | ******2906 Checking |
| For Period Ending: | 07/10/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/20/15 | {1} | Citibank Official Check | Liquidation of Bank Accounts Liquidation of Debtor's bank account | 1129-000 | 43,361.47 | | 43,361.47 |
| 02/20/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent for space at 186 E. 123rd Street, 4th Floor | 1122-000 | 7,500.00 | | 50,861.47 |
| 02/20/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1336 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 58,361.47 |
| 02/20/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent/Security deposit relating to 186 E. 123rd Street, 4th Floor | 1122-000 | 5,500.00 | | 63,861.47 |
| 03/02/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 93.13 | 63,768.34 |
| 03/12/15 | 101 | , | Utility Bill Electricity charges - 150-20 Hillside Avenue, 2nd Floor; Utility Bill Reversal Made error in payee name Voided on 03/12/2015 | 2690-004 | | 187.60 | 63,580.74 |
| 03/12/15 | 101 | , | Utility Bill Electricity charges - 150-20 Hillside Avenue, 2nd Floor; Utility Bill Reversal Made error in payee name Voided: check issued on 03/12/2015 | 2690-004 | | -187.60 | 63,768.34 |
| 03/12/15 | 102 | Consolidated Edison Company of N.Y. | Utility Bill Electrical charges 150-20 Hillside Avenue, 2nd floor | 2690-000 | | 187.60 | 63,580.74 |
| 03/18/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1336 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 71,080.74 |
| 03/19/15 | 103 | Consolidated Edison Company of N.Y. | Utility Bill Electrical deposit | 2690-000 | | 280.00 | 70,800.74 |
| 03/19/15 | 104 | Consolidated Edison Company of N.Y. | Utility Bill Electric Service Deposit | 2690-000 | | 555.00 | 70,245.74 |
| 04/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 97.72 | 70,148.02 |
| 04/08/15 | 105 | Consolidated Edison Company of N.Y. | Utility Bill Electrical charges Acct **-****-****-*004-1 | 2690-000 | | 184.90 | 69,963.12 |
| 04/29/15 | 106 | Consolidated Edison Company of N.Y. | Utility Bill Con Ed invoice for April charges | 2690-000 | | 408.09 | 69,555.03 |
| 05/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 102.15 | 69,452.88 |
| 05/11/15 | 107 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges | 2690-000 | | 172.89 | 69,279.99 |
| 05/12/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1136 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 76,779.99 |
| | | | **Page Subtotals:** | | **$78,861.47** | **$2,081.48** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                           ! - transaction has not been cleared

Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|
| Case Name: | Homelessness, End | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9297 | Account #: | ******2906 Checking |
| For Period Ending: | 07/10/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 108.30 | 76,671.69 |
| 06/03/15 | {7} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1136 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 84,171.69 |
| 06/10/15 | 108 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges | 2690-000 | | 201.50 | 83,970.19 |
| 06/11/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1136 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 91,470.19 |
| 06/17/15 | {7} | SERVICES FOR THE UNDERSERVED | Rent from real property Reversal stop payment placed on check # 11127 dated 4/21/15 by Services for the Underserved on 6/5/15 | 1122-000 | -7,500.00 | | 83,970.19 |
| 06/18/15 | {9} | Mark J. Nussbaum Attorney | Sale of Estate Property balance of closing costs due from purchaser | 1110-000 | 14,941.66 | | 98,911.85 |
| 06/18/15 | {9} | Law office of Zev Brachfeld IOLA | Sale of Estate Real Property closing costs for purchase of property | 1110-000 | 928,933.34 | | 1,027,845.19 |
| 06/18/15 | {9} | Tarter Krinsky LLP | Sale of Estate Real Property contract deposit for purchase of property 1136 Eastern Parkway, Brooklyn, NY | 1110-000 | 105,000.00 | | 1,132,845.19 |
| 06/19/15 | | Marathon Energy Corp. | Closing cost - Removal of Lien Removal of lien against property at 1136 Eastern Parkway, Brooklyn, NY | 2500-000 | | 2,379.96 | 1,130,465.23 |
| 06/25/15 | 109 | Consolidated Edison Company of N.Y. | Utility Bill payment of electrical charges - 3/25/15 through 5/22/15 | 2690-000 | | 430.66 | 1,130,034.57 |
| 06/30/15 | {2} | TARTER KRINSKY & DROGIN LLP | Rent from real property Rent check received from SUS made out to Tarter Krinsky & Drogin instead of End Homelessness estate for rent at 1136 Eastern Parkway property. | 1122-000 | 7,500.00 | | 1,137,534.57 |
| 07/01/15 | | Flushing Bank | Mortgage payoff Payoff of Flushing Bank mortgage against property at 1136 Eastern Parkway, Brooklyn, NY; Mortgage payoff Reversal bank voided transaction due to incorrect outgoing bank account information Voided on 07/01/2015 | 4110-004 | | 330,711.56 | 806,823.01 |
| 07/01/15 | | Flushing Bank | Mortgage payoff Payoff of Flushing Bank mortgage against property at 1136 Eastern Parkway, Brooklyn, NY; Mortgage payoff Reversal bank voided transaction due to incorrect outgoing bank account information Voided: check issued on 07/01/2015 | 4110-004 | | -330,711.56 | 1,137,534.57 |
| 07/01/15 | 110 | Consolidated Edison Company of | Utility Bill electrical charges 3/22 | 2690-000 | | 378.55 | 1,137,156.02 |

Page Subtotals: $1,063,875.00    $3,498.97

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|
| Case Name: | Homelessness, End | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9297 | Account #: | ******2906 Checking |
| For Period Ending: | 07/10/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | N.Y. | to 6/23/2015 | | | | |
| 07/01/15 | 111 | Consolidated Edison Company of N.Y. | Utility Bill Payment of electrical charges for 2 months since we did not receive previous month's invoice | 2690-000 | | 611.71 | 1,136,544.31 |
| 07/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 924.26 | 1,135,620.05 |
| 07/02/15 | | Flushing Bank | Mortgage payoff Payoff of Flushing Bank mortgage against property at 1136 Eastern Parkway, Brooklyn, NY | 4110-000 | | 330,711.56 | 804,908.49 |
| 07/30/15 | 112 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges for July 2015 | 2690-000 | | 370.77 | 804,537.72 |
| 07/30/15 | 113 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges for July 2015 | 2690-000 | | 308.60 | 804,229.12 |
| 08/03/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,189.89 | 803,039.23 |
| 08/04/15 | 114 | Trustee Insurance Agency | Commercial Insurance coverage for property located at 150-20 Hillside Avenue, Queens NY | 2690-000 | | 2,850.00 | 800,189.23 |
| 08/12/15 | | Flushing Bank | Mortgage loan over-payment Remaining balance after mortgage loan relating to 1136 Eastern Parkway property was paid in full. | 4110-000 | | -0.19 | 800,189.42 |
| 08/25/15 | 115 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges - January 30, 2015 to August 4, 2015 | 2690-000 | | 45.03 | 800,144.39 |
| 08/28/15 | 116 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges July 23, 2015 to August 21, 2015 | 2690-000 | | 297.22 | 799,847.17 |
| 09/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,169.05 | 798,678.12 |
| 09/25/15 | 117 | Trustee Insurance Agency | Commercial Insurance coverage Commercial and liability insurance - 11/3/15 through 11/30/15 | 2690-000 | | 888.71 | 797,789.41 |
| 10/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,164.87 | 796,624.54 |
| 10/12/15 | {11} | United Jamaica LLC | Sale of Estate Property sale proceeds for Hillside Avenue property | 1110-000 | 784,721.77 | | 1,581,346.31 |
| 10/14/15 | {11} | TARTER KRINSKY & DROGIN LLP | Contract Deposit for Hillside Avenue Property Sale Deposit from sale of Hillside Avenue property | 1110-000 | 95,000.00 | | 1,676,346.31 |
| 10/20/15 | | Prinsbank | Mortgage loan payoff payoff of account no | 4110-000 | | 676,725.29 | 999,621.02 |

Page Subtotals: $879,721.77    $1,017,256.77

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|
| Case Name: | Homelessness, End | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9297 | Account #: | ******2906 Checking |
| For Period Ending: | 07/10/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | 20140066 |  |  |  |  |
| 10/23/15 | 118 | New York City Water Board | Utility Bill water charges for property located at 150-20 Hillside Avenue, Jamaica, NY 11432 | 2690-000 |  | 84.65 | 999,536.37 |
| 10/30/15 |  | ConEdison | Refund refund of deposit for 150-20 Hillside Avenue, Jamaica, NY 11432 | 2690-000 |  | -3.13 | 999,539.50 |
| 10/30/15 |  | ConEdison | Refund refund of deposit for account ************0041 - 150-20 Hillside Avenue, Jamaica, NY | 2690-000 |  | -1,370.50 | 1,000,910.00 |
| 11/02/15 |  | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 1,709.56 | 999,200.44 |
| 12/23/15 | 119 | Deborah J. Piazza | Final distribution representing a payment of 100.00 % per court order. | 2100-000 |  | 83,923.75 | 915,276.69 |
| 12/23/15 | 120 | Tarter Krinsky & Drogin LLP | Final distribution representing a payment of 100.00 % per court order. | 3110-000 |  | 131,245.00 | 784,031.69 |
| 12/23/15 | 121 | Tarter Krinsky & Drogin LLP | Final distribution representing a payment of 100.00 % per court order. | 3120-000 |  | 387.49 | 783,644.20 |
| 12/23/15 | 122 | Davis, Graber, Plotzker & Ward, LLP | Final distribution representing a payment of 100.00 % per court order. | 3410-000 |  | 56,271.00 | 727,373.20 |
| 12/23/15 | 123 | Davis, Graber, Plotzker & Ward, LLP | Final distribution representing a payment of 100.00 % per court order. | 3420-000 |  | 238.62 | 727,134.58 |
| 12/23/15 | 124 | MYC & Associates, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3510-000 |  | 116,100.00 | 611,034.58 |
| 12/23/15 | 125 | MYC & Associates, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3520-000 |  | 784.62 | 610,249.96 |
| 12/23/15 | 126 | MYC & Associates, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3991-000 |  | 4,372.50 | 605,877.46 |
| 12/23/15 | 127 | Nyc Dept Of Finance | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 |  | 5,849.70 | 600,027.76 |
| 12/23/15 | 128 | Department Of The Treasury | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 |  | 1,300.00 | 598,727.76 |
| 12/23/15 | 129 | Arnold & Porter Llp | Final distribution to claim 4 representing a payment of 89.99 % per court order. | 7100-000 |  | 5,276.39 | 593,451.37 |
| 12/23/15 | 130 | Pathways To Housing Ny, Inc. | Final distribution to claim 6 representing a payment of 89.99 % per court order. | 7100-000 |  | 593,451.37 | 0.00 |
|  |  |  | **Page Subtotals:** |  | **$0.00** | **$999,621.02** |  |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 5

## Cash Receipts And Disbursements Record

| **Case No.:** | 15-10231-MG | **Trustee Name:** | Deborah J. Piazza (521800) |
|---|---|---|---|
| **Case Name:** | Homelessness, End | **Bank Name:** | EmpireNationalBank |
| **Taxpayer ID #:** | **-***9297 | **Account #:** | ******2906 Checking |
| **For Period Ending:** | 07/10/2018 | **Blanket Bond (per case limit):** | $64,217,507.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 2,022,458.24 | 2,022,458.24 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 2,022,458.24 | 2,022,458.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,022,458.24** | **$2,022,458.24** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|
| Case Name: | Homelessness, End | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9297 | Account #: | ******9200 Checking |
| For Period Ending: | 07/10/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | {14} | United States Treasury | Federal Tax Refund | 1224-000 | 1,330.76 | | 1,330.76 |
| 05/09/18 | {11} | Millennium Abstract Corp | Escrow Account Refund from Sale | 1110-000 | 4,500.00 | | 5,830.76 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,820.76 |

| | | | COLUMN TOTALS | | 5,830.76 | 10.00 | $5,820.76 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,830.76 | 10.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $5,830.76 | $10.00 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 7

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-10231-MG | **Trustee Name:** | Deborah J. Piazza (521800) |
| **Case Name:** | Homelessness, End | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9297 | **Account #:** | ******9200 Checking |
| **For Period Ending:** | 07/10/2018 | **Blanket Bond (per case limit):** | $64,217,507.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $2,028,289.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,028,289.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2906 Checking | $2,022,458.24 | $2,022,458.24 | $0.00 |
| ******9200 Checking | $5,830.76 | $10.00 | $5,820.76 |
| | **$2,028,289.00** | **$2,022,468.24** | **$5,820.76** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 15-10231-MG          END HOMELESSNESS

Claims Bar Date: 06/03/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Flushing Bank<br>462 Seventh Avenue, 12Th Floor<br>New York, Ny 10018<br>Attn: Michael Lynch & Gary Raver,<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/31/15 | | $305,106.04<br>$330,711.37 | $330,711.37 | $0.00 |
| 2 | Prinsbank<br>508 Third Street<br>Po Box 38<br>Prinsburg, MN 56281<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>04/28/15 | | $624,124.22<br>$676,725.29 | $676,725.29 | $0.00 |
| AE | Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Fl<br>New York, NY 10018<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>01/30/15 | | $387.49<br>$387.49 | $387.49 | $0.00 |
| FEE | Deborah J. Piazza<br>1350 Broadway, 11th Floor<br>New York, NY 10018<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/05/18 | | $83,923.75<br>$83,923.75 | $83,923.75 | $0.00 |
| Fees | Clerk of the Court<br>US Bankruptcy Court - SDNY<br>One Bowling Green<br>New York, NY 10004<br><2700-000 Clerk of the Court Fees><br>, 200<br>Fee due to the Clerk of the Court for re-opening case. So Ordered, see [Dkt. No. 71]. | Administrative<br>07/10/18 | | $260.00<br>$260.00 | $0.00 | $260.00 |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200<br>MEMO: Per invoice with billing summary as of March 4, 2015 | Administrative<br>01/30/15 | | $187.60<br>$187.60 | $187.60 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 15-10231-MG          END HOMELESSNESS

Claims Bar Date: 06/03/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Consolidated Edison Company of N.Y. JAF Station P.O. Box 1702 New York, NY 10116-1702 <2690-000 Chapter 7 Operating Case Expenses> , 200 | Administrative 01/30/15 | | $555.00 $555.00 | $555.00 | $0.00 |
| | MEMO: Electrical service deposit | | | | | |
| | Consolidated Edison Company of N.Y. JAF Station P.O. Box 1702 New York, NY 10116-1702 <2690-000 Chapter 7 Operating Case Expenses> , 200 | Administrative 01/30/15 | | $280.00 $280.00 | $280.00 | $0.00 |
| | MEMO: Electric service deposit | | | | | |
| | Consolidated Edison Company of N.Y. JAF Station P.O. Box 1702 New York, NY 10116-1702 <2690-000 Chapter 7 Operating Case Expenses> , 200 | Administrative 04/08/15 | | $184.90 $184.90 | $184.90 | $0.00 |
| | Consolidated Edison Company of N.Y. JAF Station P.O. Box 1702 New York, NY 10116-1702 <2690-000 Chapter 7 Operating Case Expenses> , 200 | Administrative 04/29/15 | | $408.09 $408.09 | $408.09 | $0.00 |
| | MEMO: Payment of utility invoice for electricity | | | | | |
| | Consolidated Edison Company of N.Y. JAF Station P.O. Box 1702 New York, NY 10116-1702 <2690-000 Chapter 7 Operating Case Expenses> , 200 | Administrative 05/11/15 | | $172.89 $172.89 | $172.89 | $0.00 |
| | MEMO: payment for electrical services at 150-20 Hillside Avenue, 2nd Floor | | | | | |

# Exhibit C

## Analysis of Claims Register

Case: 15-10231-MG              END HOMELESSNESS

Claims Bar Date: 06/03/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $201.50<br>$201.50 | $201.50 | $0.00 |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $430.66<br>$430.66 | $430.66 | $0.00 |
| | MEMO: payment of electrical charges - 3/25/15 through 5/22/15 | | | | | |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $378.55<br>$378.55 | $378.55 | $0.00 |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $611.71<br>$611.71 | $611.71 | $0.00 |
| | MEMO: Amount includes charges for 2 months since we did not receive the previous invoices as well as a deposit amount of $105.00 | | | | | |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $370.77<br>$370.77 | $370.77 | $0.00 |

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 15-10231-MG  END HOMELESSNESS

Claims Bar Date: 06/03/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $308.60<br>$308.60 | $308.60 | $0.00 |
| | MEMO: utility bill - payment of electrical charges for July 2015 | | | | | |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $45.03<br>$45.03 | $45.03 | $0.00 |
| | MEMO: Electrical charges - Jan 30, 2015 to August 4, 2015 | | | | | |
| | Consolidated Edison Company of N.Y.<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br><2690-000 Chapter 7 Operating Case Expenses><br>, 200 | Administrative<br>01/30/15 | | $297.22<br>$297.22 | $297.22 | $0.00 |
| | MEMO: Payment of electrical charges July 23, 2015 to August 21, 2015 | | | | | |
| | Davis, Graber, Plotzker & Ward, LLP<br>150 East 58th Street, 20th Floor<br>New York, NY 10155<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>01/30/15 | | $56,271.00<br>$56,271.00 | $56,271.00 | $0.00 |
| | Davis, Graber, Plotzker & Ward, LLP<br>150 East 58th Street, 20th Floor<br>New York, NY 10155<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>01/30/15 | | $238.62<br>$238.62 | $238.62 | $0.00 |
| | MYC & Associates, Inc.<br>1110 South Avenue, Suite 61<br>Staten Island, NY 10314<br><3510-000 Realtor for Trustee Fees (Real Estate Commissions)><br>, 200 | Administrative<br>01/30/15 | | $116,100.00<br>$116,100.00 | $116,100.00 | $0.00 |
| | MEMO: Commission calculated at 6% of total sale price of both Queens and Brooklyn properties | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

Case: 15-10231-MG                    END HOMELESSNESS

Claims Bar Date: 06/03/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | MYC & Associates, Inc. 1110 South Avenue, Suite 61 Staten Island, NY 10314 <3520-000 Realtor for Trustee Expenses> , 200 | Administrative 01/30/15 | | $784.62 $784.62 | $784.62 | $0.00 |
| | MYC & Associates, Inc. 1110 South Avenue, Suite 61 Staten Island, NY 10314 <3991-000 Other Professional Fees> , 200 MEMO: fees for management services provided | Administrative 01/30/15 | | $4,372.50 $4,372.50 | $4,372.50 | $0.00 |
| | New York City Water Board P.O. Box 11863 Newark, NJ 07101-8163 <2690-000 Chapter 7 Operating Case Expenses> , 200 MEMO: water services for 150-20 Hillside Avenue, Jamaica, NY 11432 | Administrative 01/30/15 | | $84.65 $84.65 | $84.65 | $0.00 |
| | Tarter Krinsky & Drogin LLP 1350 Broadway, 11th Fl New York, NY 10018 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 01/30/15 | | $131,245.00 $131,245.00 | $131,245.00 | $0.00 |
| | Trustee Insurance Agency 2813 West Main Street Kalamazoo, MI 49006 <2690-000 Chapter 7 Operating Case Expenses> , 200 MEMO: insurance coverage for property located at 150-20 Hillside Avenue, Queens NY | Administrative 01/30/15 | | $2,850.00 $2,850.00 | $2,850.00 | $0.00 |
| | Trustee Insurance Agency 2813 West Main Street Kalamazoo, MI 49006 <2690-000 Chapter 7 Operating Case Expenses> , 200 MEMO: Commercial Insurance and Commercial liability insurance for period of 11/3/15 to 11/30/15 | Administrative 01/30/15 | | $888.71 $888.71 | $888.71 | $0.00 |

Page: 6

# Exhibit C

## Analysis of Claims Register

**Case:** 15-10231-MG    **END HOMELESSNESS**

Claims Bar Date: 06/03/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | NYC Dept Of Finance<br>345 Adams Street, 5Th Floor<br>Brooklyn, Ny 11201<br>Attn: Yehuda Miller-bankruptcy U,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>04/27/15 | | $5,849.70<br>$5,849.70 | $5,849.70 | $0.00 |
| 5 | Department Of The Treasury<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>08/18/15 | | $1,300.00<br>$1,300.00 | $1,300.00 | $0.00 |
| 4 | Arnold & Porter Llp<br>Attn: Mary Gray<br>555 Twelfth St., Nw<br>Washington, DC 20004<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/08/15 | | $5,863.04<br>$5,863.04 | $5,276.39 | $586.65 |
| 6 | Pathways To Housing Ny, Inc.<br>Tarter Krinsky & Drogin Llp<br>1350 Broadway<br>New York, NY 10018<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/28/15 | | $659,433.60<br>$659,433.60 | $593,451.37 | $65,982.23 |

**Case Total:** $2,014,892.98    $66,828.88

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-10231-MG
Case Name: END HOMELESSNESS
Trustee Name: Deborah J. Piazza

**Balance on hand:**  $              5,820.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Flushing Bank | 305,106.04 | 330,711.37 | 330,711.37 | 0.00 |
| 2 | Prinsbank | 624,124.22 | 676,725.29 | 676,725.29 | 0.00 |

Total to be paid to secured creditors:  $              0.00
Remaining balance:  $              5,820.76

**UST Form 101-7-TFR(5/1/2011)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Deborah J. Piazza | 83,923.75 | 83,923.75 | 0.00 |
| Attorney for Trustee Fees - Tarter Krinsky & Drogin LLP | 131,245.00 | 131,245.00 | 0.00 |
| Attorney for Trustee, Expenses - Tarter Krinsky & Drogin LLP | 387.49 | 387.49 | 0.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 187.60 | 187.60 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 555.00 | 555.00 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 280.00 | 280.00 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 184.90 | 184.90 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 408.09 | 408.09 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 172.89 | 172.89 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 201.50 | 201.50 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 430.66 | 430.66 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 378.55 | 378.55 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 611.71 | 611.71 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 370.77 | 370.77 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 308.60 | 308.60 | 0.00 |
| Chapter 7 Operating Case Expenses - Trustee Insurance Agency | 2,850.00 | 2,850.00 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 45.03 | 45.03 | 0.00 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 297.22 | 297.22 | 0.00 |
| Chapter 7 Operating Case Expenses - Trustee Insurance Agency | 888.71 | 888.71 | 0.00 |
| Chapter 7 Operating Case Expenses - New York City Water Board | 84.65 | 84.65 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Davis, Graber, Plotzker & Ward, LLP | 56,271.00 | 56,271.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Davis, Graber, Plotzker & Ward, LLP | 238.62 | 238.62 | 0.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - MYC & Associates, Inc. | 116,100.00 | 116,100.00 | 0.00 |
| Realtor for Trustee Expenses - MYC & Associates, Inc. | 784.62 | 784.62 | 0.00 |
| Other Professional Fees - MYC & Associates, Inc. | 4,372.50 | 4,372.50 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for chapter 7 administrative expenses: | $ | 260.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 5,560.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 5,560.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,149.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | NYC Dept Of Finance | 5,849.70 | 5,849.70 | 0.00 |
| 5 | Department Of The Treasury | 1,300.00 | 1,300.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 5,560.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $665,296.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Arnold & Porter Llp | 5,863.04 | 5,276.39 | 49.01 |
| 6 | Pathways To Housing Ny, Inc. | 659,433.60 | 593,451.37 | 5,511.75 |

|  | Total to be paid for timely general unsecured claims: | $ | 5,560.76 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**