UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re: Homelessness, End § Case No. 15-10231-MG
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Deborah J. Piazza, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $418,474.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $1,618,874.88 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $409,414.12 | |

    3) Total gross receipts of $2,028,289.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,028,289.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $924,359.00 | $929,230.26 | $1,007,436.66 | $1,007,436.66 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $409,414.12 | $409,414.12 | $409,414.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $7,149.70 | $7,149.70 | $7,149.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $237,660.00 | $665,296.64 | $665,296.64 | $604,288.52 |
| **TOTAL DISBURSEMENTS** | $1,162,019.00 | $2,011,090.72 | $2,089,297.12 | $2,028,289.00 |

4) This case was originally filed under chapter 7 on 01/30/2015. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/20/2018              By: /s/ Deborah J. Piazza
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Citibank acct no. 9939535447 | 1129-000 | $43,361.47 |
| Rent from Service for the Undeserved - 1136 East | 1122-000 | $50,500.00 |
| 1136 Eastern Parkway, Brooklyn, NY 11213 | 1110-000 | $1,048,875.00 |
| 150-20 Hillside Avenue, Jamaica, NY 11432 | 1110-000 | $884,221.77 |
| Rent from Service for the Undeserved - 1136 East | 1122-000 | $0.00 |
| Internal Revenue Service - Refund Check | 1224-000 | $1,330.76 |
| **TOTAL GROSS RECEIPTS** | | **$2,028,289.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Flushing Bank | 4110-000 | $291,760.00 | $305,106.04 | $330,711.37 | $330,711.37 |
| 2 | Prinsbank | 4110-000 | $632,599.00 | $624,124.22 | $676,725.29 | $676,725.29 |
| | **TOTAL SECURED** | | **$924,359.00** | **$929,230.26** | **$1,007,436.66** | **$1,007,436.66** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah J. Piazza | 2100-000 | NA | $83,923.75 | $83,923.75 | $83,923.75 |
| Attorney for Trustee Fees - Tarter Krinsky & Drogin LLP | 3110-000 | NA | $131,245.00 | $131,245.00 | $131,245.00 |
| Attorney for Trustee, Expenses - Tarter Krinsky & Drogin LLP | 3120-000 | NA | $387.49 | $387.49 | $387.49 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Costs re Sale of Property - Marathon Energy Corp. | 2500-000 | NA | $2,379.96 | $2,379.96 | $2,379.96 |
| Banking and Technology Service Fee - EmpireNationalBank | 2600-000 | NA | $6,558.93 | $6,558.93 | $6,558.93 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| Chapter 7 Operating Case Expenses - ConEdison | 2690-000 | NA | -$1,373.63 | -$1,373.63 | -$1,373.63 |
| Chapter 7 Operating Case Expenses - Consolidated Edison Company of N.Y. | 2690-000 | NA | $4,432.52 | $4,432.52 | $4,432.52 |
| Chapter 7 Operating Case Expenses - New York City Water Board | 2690-000 | NA | $84.65 | $84.65 | $84.65 |
| Chapter 7 Operating Case Expenses - Trustee Insurance Agency | 2690-000 | NA | $3,738.71 | $3,738.71 | $3,738.71 |
| Accountant for Trustee Fees (Other Firm) - Davis, Graber, Plotzker & Ward, LLP | 3410-000 | NA | $56,271.00 | $56,271.00 | $56,271.00 |
| Accountant for Trustee Expenses (Other Firm) - Davis, Graber, Plotzker & Ward, LLP | 3420-000 | NA | $238.62 | $238.62 | $238.62 |
| Realtor for Trustee Fees (Real Estate Commissions) - MYC & Associates, Inc. | 3510-000 | NA | $116,100.00 | $116,100.00 | $116,100.00 |
| Realtor for Trustee Expenses - MYC & Associates, Inc. | 3520-000 | NA | $784.62 | $784.62 | $784.62 |
| Other Professional Fees - MYC & Associates, Inc. | 3991-000 | NA | $4,372.50 | $4,372.50 | $4,372.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$409,414.12** | **$409,414.12** | **$409,414.12** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | NYC Dept Of Finance | 5800-000 | $0.00 | $5,849.70 | $5,849.70 | $5,849.70 |
| 5 | Department Of The Treasury | 5800-000 | $0.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$7,149.70** | **$7,149.70** | **$7,149.70** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Arnold & Porter LLP | 7100-000 | $0.00 | $5,863.04 | $5,863.04 | $5,325.40 |
| 6 | Pathways To Housing Ny, Inc. | 7100-000 | $237,660.00 | $659,433.60 | $659,433.60 | $598,963.12 |
| N/F | NYC Enviornmental Control Board | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$237,660.00** | **$665,296.64** | **$665,296.64** | **$604,288.52** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-10231-MG | Trustee Name: | (521800) Deborah J. Piazza |
| --- | --- | --- | --- |
| Case Name: | Homelessness, End | Date Filed (f) or Converted (c): | 01/30/2015 (f) |
| | | § 341(a) Meeting Date: | 03/05/2015 |
| For Period Ending: | 09/20/2018 | Claims Bar Date: | 06/03/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Citibank acct no. 9939535447 | 42,235.00 | 43,361.47 | | 43,361.47 | FA |
| 2 | Rent from Service for the Undeserved - 1136 East | Unknown | 0.00 | | 50,500.00 | FA |
| 3 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 4 | Security Deposit with Landlord (u) | Unknown | 0.00 | | 0.00 | FA |
| 5 | Rent from Service for the Undeserved (u) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Rent from Service for the Undeserved - 1136 East (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Rent from Service for the Undeserved - 1136 East | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Rent from Service for the Undeserved - 1136 East (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1136 Eastern Parkway, Brooklyn, NY 11213 | 1,000,000.00 | 708,240.00 | | 1,048,875.00 | FA |
| 10 | Rent from Service for the Undeserved | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 150-20 Hillside Avenue, Jamaica, NY 11432 | 700,000.00 | 700,000.00 | | 884,221.77 | FA |
| 12 | Past due rental income from Services of the Underserved and Pathway to Housing NY, Inc. & D & O Ins. Premiums Paid for Pathways to Housing NY, Inc. | 418,474.00 | 418,474.00 | | 0.00 | FA |
| 13 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 14* | Internal Revenue Service - Refund Check (u) (See Footnote) | 0.00 | 0.00 | | 1,330.76 | FA |
| 15 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| **15** | **Assets Totals (Excluding unknown values)** | **$2,160,709.00** | **$1,870,075.47** | | **$2,028,289.00** | **$0.00** |

RE PROP# 14  As per Order signed on April 16, 2018 [Dkt. No. 71], granting Motion Vacating the Final Decree and Reopening the Chapter 7 case, due to receiving funds owed to the estate in the amount of $5,830.76, which consists of and IRS refund check in the amount of $1,330.76 and a Refund check from Millennium Abstract Co., funds held in escrow from sale of property in the amount of $4,500.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/15/2016     **Current Projected Date Of Final Report (TFR):** 06/21/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) | |
| Case Name: | Homelessness, End | Bank Name: | EmpireNationalBank | |
| Taxpayer ID #: | **-***9297 | Account #: | ******2906 Checking | |
| For Period Ending: | 09/20/2018 | Blanket Bond (per case limit): | $64,217,507.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/20/15 | {1} | Citibank Official Check | Liquidation of Bank Accounts Liquidation of Debtor's bank account | 1129-000 | 43,361.47 | | 43,361.47 |
| 02/20/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent for space at 186 E. 123rd Street, 4th Floor | 1122-000 | 7,500.00 | | 50,861.47 |
| 02/20/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1336 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 58,361.47 |
| 02/20/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent/Security deposit relating to 186 E. 123rd Street, 4th Floor | 1122-000 | 5,500.00 | | 63,861.47 |
| 03/02/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 93.13 | 63,768.34 |
| 03/12/15 | 101 | , | Utility Bill Electricity charges - 150-20 Hillside Avenue, 2nd Floor; Utility Bill Reversal Made error in payee name Voided on 03/12/2015 | 2690-004 | | 187.60 | 63,580.74 |
| 03/12/15 | 101 | , | Utility Bill Electricity charges - 150-20 Hillside Avenue, 2nd Floor; Utility Bill Reversal Made error in payee name Voided: check issued on 03/12/2015 | 2690-004 | | -187.60 | 63,768.34 |
| 03/12/15 | 102 | Consolidated Edison Company of N.Y. | Utility Bill Electrical charges 150-20 Hillside Avenue, 2nd floor | 2690-000 | | 187.60 | 63,580.74 |
| 03/18/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1336 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 71,080.74 |
| 03/19/15 | 103 | Consolidated Edison Company of N.Y. | Utility Bill Electrical deposit | 2690-000 | | 280.00 | 70,800.74 |
| 03/19/15 | 104 | Consolidated Edison Company of N.Y. | Utility Bill Electric Service Deposit | 2690-000 | | 555.00 | 70,245.74 |
| 04/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 97.72 | 70,148.02 |
| 04/08/15 | 105 | Consolidated Edison Company of N.Y. | Utility Bill Electrical charges Acct **-****-****-*004-1 | 2690-000 | | 184.90 | 69,963.12 |
| 04/29/15 | 106 | Consolidated Edison Company of N.Y. | Utility Bill Con Ed invoice for April charges | 2690-000 | | 408.09 | 69,555.03 |
| 05/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 102.15 | 69,452.88 |
| 05/11/15 | 107 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges | 2690-000 | | 172.89 | 69,279.99 |
| 05/12/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1136 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 76,779.99 |

Page Subtotals: $78,861.47  $2,081.48

*{ } Asset Reference(s)*  UST Form 101-7-TDR ( 10 /1/2010)  *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | |
|---|---|
| Case No.: 15-10231-MG | Trustee Name: Deborah J. Piazza (521800) |
| Case Name: Homelessness, End | Bank Name: EmpireNationalBank |
| Taxpayer ID #: **-***9297 | Account #: ******2906 Checking |
| For Period Ending: 09/20/2018 | Blanket Bond (per case limit): $64,217,507.00 |
| | Separate Bond (if applicable): N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 108.30 | 76,671.69 |
| 06/03/15 | {7} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1136 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 84,171.69 |
| 06/10/15 | 108 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges | 2690-000 | | 201.50 | 83,970.19 |
| 06/11/15 | {2} | SERVICES FOR THE UNDERSERVED | Rent from real property Rent relating to 1136 Eastern Parkway, Brooklyn, NY | 1122-000 | 7,500.00 | | 91,470.19 |
| 06/17/15 | {7} | SERVICES FOR THE UNDERSERVED | Rent from real property Reversal stop payment placed on check # 11127 dated 4/21/15 by Services for the Underserved on 6/5/15 | 1122-000 | -7,500.00 | | 83,970.19 |
| 06/18/15 | {9} | Mark J. Nussbaum Attorney | Sale of Estate Property balance of closing costs due from purchaser | 1110-000 | 14,941.66 | | 98,911.85 |
| 06/18/15 | {9} | Law office of Zev Brachfeld IOLA | Sale of Estate Real Property closing costs for purchase of property | 1110-000 | 928,933.34 | | 1,027,845.19 |
| 06/18/15 | {9} | Tarter Krinsky LLP | Sale of Estate Real Property contract deposit for purchase of property 1136 Eastern Parkway, Brooklyn, NY | 1110-000 | 105,000.00 | | 1,132,845.19 |
| 06/19/15 | 0 | Marathon Energy Corp. | Closing cost - Removal of Lien Removal of lien against property at 1136 Eastern Parkway, Brooklyn, NY | 2500-000 | | 2,379.96 | 1,130,465.23 |
| 06/25/15 | 109 | Consolidated Edison Company of N.Y. | Utility Bill payment of electrical charges - 3/25/15 through 5/22/15 | 2690-000 | | 430.66 | 1,130,034.57 |
| 06/30/15 | {2} | TARTER KRINSKY & DROGIN LLP | Rent from real property Rent check received from SUS made out to Tarter Krinsky & Drogin instead of End Homelessness estate for rent at 1136 Eastern Parkway property. | 1122-000 | 7,500.00 | | 1,137,534.57 |
| 07/01/15 | 0 | Flushing Bank | Mortgage payoff Payoff of Flushing Bank mortgage against property at 1136 Eastern Parkway, Brooklyn, NY; Mortgage payoff Reversal bank voided transaction due to incorrect outgoing bank account information Voided on 07/01/2015 | 4110-004 | | 330,711.56 | 806,823.01 |
| 07/01/15 | 0 | Flushing Bank | Mortgage payoff Payoff of Flushing Bank mortgage against property at 1136 Eastern Parkway, Brooklyn, NY; Mortgage payoff Reversal bank voided transaction due to incorrect outgoing bank account information Voided: check issued on 07/01/2015 | 4110-004 | | -330,711.56 | 1,137,534.57 |
| 07/01/15 | 110 | Consolidated Edison Company of | Utility Bill electrical charges 3/22 | 2690-000 | | 378.55 | 1,137,156.02 |

Page Subtotals: $1,063,875.00 $3,498.97

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|
| Case Name: | Homelessness, End | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9297 | Account #: | ******2906 Checking |
| For Period Ending: | 09/20/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | N.Y. | to 6/23/2015 | | | | |
| 07/01/15 | 111 | Consolidated Edison Company of N.Y. | Utility Bill Payment of electrical charges for 2 months since we did not receive previous month's invoice | 2690-000 | | 611.71 | 1,136,544.31 |
| 07/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 924.26 | 1,135,620.05 |
| 07/02/15 | | Flushing Bank | Mortgage payoff Payoff of Flushing Bank mortgage against property at 1136 Eastern Parkway, Brooklyn, NY | 4110-000 | | 330,711.56 | 804,908.49 |
| 07/30/15 | 112 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges for July 2015 | 2690-000 | | 370.77 | 804,537.72 |
| 07/30/15 | 113 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges for July 2015 | 2690-000 | | 308.60 | 804,229.12 |
| 08/03/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,189.89 | 803,039.23 |
| 08/04/15 | 114 | Trustee Insurance Agency | Commercial Insurance coverage for property located at 150-20 Hillside Avenue, Queens NY | 2690-000 | | 2,850.00 | 800,189.23 |
| 08/12/15 | | Flushing Bank | Mortgage loan over-payment Remaining balance after mortgage loan relating to 1136 Eastern Parkway property was paid in full. | 4110-000 | | -0.19 | 800,189.42 |
| 08/25/15 | 115 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges - January 30, 2015 to August 4, 2015 | 2690-000 | | 45.03 | 800,144.39 |
| 08/28/15 | 116 | Consolidated Edison Company of N.Y. | Utility Bill electrical charges July 23, 2015 to August 21, 2015 | 2690-000 | | 297.22 | 799,847.17 |
| 09/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,169.05 | 798,678.12 |
| 09/25/15 | 117 | Trustee Insurance Agency | Commercial Insurance coverage Commercial and liability insurance - 11/3/15 through 11/30/15 | 2690-000 | | 888.71 | 797,789.41 |
| 10/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,164.87 | 796,624.54 |
| 10/12/15 | {11} | United Jamaica LLC | Sale of Estate Property sale proceeds for Hillside Avenue property | 1110-000 | 784,721.77 | | 1,581,346.31 |
| 10/14/15 | {11} | TARTER KRINSKY & DROGIN LLP | Contract Deposit for Hillside Avenue Property Sale Deposit from sale of Hillside Avenue property | 1110-000 | 95,000.00 | | 1,676,346.31 |
| 10/20/15 | | Prinsbank | Mortgage loan payoff payoff of account no | 4110-000 | | 676,725.29 | 999,621.02 |

Page Subtotals: $879,721.77  $1,017,256.77

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|---|
| Case Name: | Homelessness, End | | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9297 | | Account #: | ******2906 Checking |
| For Period Ending: | 09/20/2018 | | Blanket Bond (per case limit): | $64,217,507.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 20140066 | | | | |
| 10/23/15 | 118 | New York City Water Board | Utility Bill water charges for property located at 150-20 Hillside Avenue, Jamaica, NY 11432 | 2690-000 | | 84.65 | 999,536.37 |
| 10/30/15 | | ConEdison | Refund refund of deposit for 150-20 Hillside Avenue, Jamaica, NY 11432 | 2690-000 | | -3.13 | 999,539.50 |
| 10/30/15 | | ConEdison | Refund refund of deposit for account ***********0041 - 150-20 Hillside Avenue, Jamaica, NY | 2690-000 | | -1,370.50 | 1,000,910.00 |
| 11/02/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,709.56 | 999,200.44 |
| 12/23/15 | 119 | Deborah J. Piazza | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 83,923.75 | 915,276.69 |
| 12/23/15 | 120 | Tarter Krinsky & Drogin LLP | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | 131,245.00 | 784,031.69 |
| 12/23/15 | 121 | Tarter Krinsky & Drogin LLP | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | 387.49 | 783,644.20 |
| 12/23/15 | 122 | Davis, Graber, Plotzker & Ward, LLP | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | 56,271.00 | 727,373.20 |
| 12/23/15 | 123 | Davis, Graber, Plotzker & Ward, LLP | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | 238.62 | 727,134.58 |
| 12/23/15 | 124 | MYC & Associates, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3510-000 | | 116,100.00 | 611,034.58 |
| 12/23/15 | 125 | MYC & Associates, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3520-000 | | 784.62 | 610,249.96 |
| 12/23/15 | 126 | MYC & Associates, Inc. | Final distribution representing a payment of 100.00 % per court order. | 3991-000 | | 4,372.50 | 605,877.46 |
| 12/23/15 | 127 | Nyc Dept Of Finance | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | 5,849.70 | 600,027.76 |
| 12/23/15 | 128 | Department Of The Treasury | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 | | 1,300.00 | 598,727.76 |
| 12/23/15 | 129 | Arnold & Porter Llp | Final distribution to claim 4 representing a payment of 89.99 % per court order. | 7100-000 | | 5,276.39 | 593,451.37 |
| 12/23/15 | 130 | Pathways To Housing Ny, Inc. | Final distribution to claim 6 representing a payment of 89.99 % per court order. | 7100-000 | | 593,451.37 | 0.00 |
| | | | **Page Subtotals:** | | **$0.00** | **$999,621.02** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

Exhibit 9  
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 15-10231-MG | **Trustee Name:** | Deborah J. Piazza (521800) |
| **Case Name:** Homelessness, End | **Bank Name:** | EmpireNationalBank |
| **Taxpayer ID #:** **-***9297 | **Account #:** | ******2906 Checking |
| **For Period Ending:** 09/20/2018 | **Blanket Bond (per case limit):** | $64,217,507.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 2,022,458.24 | 2,022,458.24 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 2,022,458.24 | 2,022,458.24 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,022,458.24** | **$2,022,458.24** | |

Exhibit 9
Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-10231-MG | Trustee Name: | Deborah J. Piazza (521800) |
|---|---|---|---|
| Case Name: | Homelessness, End | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9297 | Account #: | ******9200 Checking |
| For Period Ending: | 09/20/2018 | Blanket Bond (per case limit): | $64,217,507.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | {14} | United States Treasury | Federal Tax Refund | 1224-000 | 1,330.76 | | 1,330.76 |
| 05/09/18 | {11} | Millennium Abstract Corp | Escrow Account Refund from Sale | 1110-000 | 4,500.00 | | 5,830.76 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,820.76 |
| 08/21/18 | 101 | Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $260.00; Claim # Fees; Filed: $260.00 | 2700-000 | | 260.00 | 5,560.76 |
| 08/21/18 | 102 | Arnold & Porter LLP | Distribution payment - Dividend paid at 0.84% of $5,863.04; Claim # 4; Filed: $5,863.04 | 7100-000 | | 49.01 | 5,511.75 |
| 08/21/18 | 103 | Pathways To Housing Ny, Inc. | Distribution payment - Dividend paid at 0.84% of $659,433.60; Claim # 6; Filed: $659,433.60 | 7100-000 | | 5,511.75 | 0.00 |
| | | **COLUMN TOTALS** | | | **5,830.76** | **5,830.76** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **5,830.76** | **5,830.76** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,830.76** | **$5,830.76** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-10231-MG | **Trustee Name:** | Deborah J. Piazza (521800) |
| **Case Name:** | Homelessness, End | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9297 | **Account #:** | ******9200 Checking |
| **For Period Ending:** | 09/20/2018 | **Blanket Bond (per case limit):** | $64,217,507.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2906 Checking | $2,022,458.24 | $2,022,458.24 | $0.00 |
| ******9200 Checking | $5,830.76 | $5,830.76 | $0.00 |
| | **$2,028,289.00** | **$2,028,289.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)